Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **NANCY WEBER**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**; DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendant. | Civil Action No 2:22-cv-00696-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AND REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES WITH PREJUDICE** |

Defendant USAA Casualty Insurance Company ("USAA CIC") and Plaintiff Nancy Weber ("Weber" and collectively with USAA CIC referred to as the "Parties") stipulate and agree to as follows:

USAA CIC filed a Motion to Dismiss Plaintiff's Second and Third Causes of Action and Request for Exemplary/Punitive Damages and Attorneys Fees on Aril 5, 2022 (the "Motion") (ECF No. 5). After USAA CIC filed the Motion, Weber agreed to dismiss her second and third cause of action and her request for exemplary damages and attorney's fees *with prejudice*. As such, the Parties agree: (1) Weber's only remaining cause of action is her first cause of action, for breach of contract and (2) USAA CIC's Motion to Dismiss is now moot.

The Parties further agree that USAA CIC shall answer Weber's remaining cause of action by May 31, 2022.

Dated this 16th day of May, 2022.

| | |
|---|---|
| **VANNAH & VANNAH** | **SPENCER FANE LLP** |
| By: */s/* John B. Greene<br>John B. Greene, Esq.<br>Nevada Bar No. 004279<br>*Attorney for Plaintiff* | By: */s/* Mary Bacon<br>Mary E. Bacon, Esq.<br>NV Bar No. 12686<br>*Attorneys for USAA Casualty Insurance Company* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss, (ECF No. 5), filed by Defendants United Services Automobile Association and United States Automobile Association is **DENIED as moot**.

Dated this  18  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1