ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

NANCY WEBER, individually,

        Plaintiff,

        vs.

USAA CASUALTY INSURANCE
COMPANY; DOES 1 through X, and
ROE CORPORATIONS I through X;
inclusive,

        Defendant.

CASE NO.: 2:22-cv-00696-GMN-EJY

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

133132488.1

IT IS HEREBY STIPULATED AND AGREED between Plaintiff NANCY WEBER ("Plaintiff"), by and through her counsel, VANNAH & VANNAH and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant" or "USAA"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP (collectively, the "Parties"), that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 18th day of June, 2024.            DATED this 11 day of June, 2024.

LEWIS BRISBOIS BISGAARD & SMITH            VANNAH & VANNAH

/s/ Jennifer A. Taylor                                        /s/
ROBERT W. FREEMAN                              JOHN B. GREENE
Nevada Bar No. 3062                                 Nevada Bar No. 4279
JENNIFER A. TAYLOR                              ROBERT D. VANNAH
Nevada Bar No. 6141                                 Nevada Bar No. 2503
6385 S. Rainbow Boulevard, Suite 600          400 S. Seventh Street, 4th Floor
Las Vegas, Nevada 89118                           Las Vegas, Nevada 89101
*Attorneys for Defendant*                            *Attorneys for Plaintiff*
*USAA Casualty Insurance Company*               *Nancy Weber*

## ORDER

**IT IS SO ORDERED**.  The Clerk of Court is kindly instructed to close the case.

Dated this 18 day of June, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

LEWIS
BRISBOIS
BISGAARD